UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CITIZENS DEVELOPMENT CORP.,<br><br>        Debtor.<br>_____<br><br>SYMPHONY ASSET POOL X, LLC,<br><br>        Appellant,<br><br>v.<br><br>CITIZENS DEVELOPMENT CORP.,<br><br>        Appellee.<br>_____ | Civil No. 11cv464-L(JMA)<br><br>Bankruptcy No. 10-15142-LT11<br>(Substantively Consolidated)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS APPEAL FROM THE BANKRUPTCY COURT** |

The parties have indicated that this appeal from the United States Bankruptcy Court is moot. Good cause appearing, the joint motion to dismiss the appeal is **GRANTED**. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

DATED: August 1, 2011

_____
M. James Lorenz
United States District Court Judge

/ / /

/ / /

11cv464

1  COPY TO:

2  JAN M. ADLER
   UNITED STATES MAGISTRATE JUDGE
3

4  HON. LAURA S. TAYLOR
   UNITED STATES BANKRUPTCY JUDGE
5

6  ALL COUNSEL/PARTIES

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28